THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM WADE, Appellant.

Submitted November 26, 1951; decided December 6, 1951.

Motion for reargument denied. [See 291 N. Y. 574.]

EDWARD M. GARLOCK, Appellant and Respondent, *v.* PANTEPEC OIL COMPANY, C. A., Respondent and Appellant.

Submitted December 3, 1951; decided December 6, 1951.

*Spencer Pinkham* for plaintiff's motion to dismiss defendant's appeal.

*Walter R. Barry* for defendant's motion to dismiss plaintiff's appeal.

Motion by plaintiff to dismiss defendant's appeal denied.

Motion by defendant to dismiss plaintiff's appeal denied.